# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED SEP 18 2012**
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>EDUARDO DUFFY-CARRASCO,<br><br>                Defendant. | CASE NO. 12-cr-03082-MMA<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**X**  of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Attempted Reentry of Removed Alien (Felony)(1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/18/12

_/s/ William McCurine_
William McCurine, Jr.
U.S. Magistrate Judge